AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 24 MAR '16 09:46 USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br>WINSTON SHROUT<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 3:15-CR-00438-JO<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court, Mark O. Hatfield U.S. Courthouse<br>1000 SW Third Avenue<br>Portland, Oregon 97204 | Courtroom No.: 10A, Judge Jones |
|---|---|
| | Date and Time: 03/31/2016 10:00 am |

This offense is briefly described as follows:

Counts 1-7:    Fictitious Obligations; 18 U.S.C. § 514(a)(1)
Counts 8-10:   Fictitious Obligations; 18 U.S.C. § 514(a)(2)
Counts 11-13:  Fictitious Obligations; 18 U.S.C. § 514(a)(3)
Counts 14-19:  Willful Failure to File Return; 26 U.S.C. § 7203

Date: 03/16/2016

*Issuing officer's signature*

**Immediately upon receipt of this document, you are to contact the U.S. Pretrial Services Office at (503) 326-8518 for an appointment.**

nett Cubias, Intake Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 3:15-CR-00438-JO

This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: __Winston Shrout__

Last known residence: __4230 NE Azalea St. Hillsboro, OR 97124__

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __March 18, 2016__.

☒ I personally served the summons on this defendant __Winston Shrout__ at *(place)* __4230 NE Azalea St. Hillsboro, OR__ on *(date)* __March 23, 2016__; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: __March 23, 2016__

_____
*Server's signature*

__Raymon Gragg, Special Agent__
*Printed name and title*

Remarks: