**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**RYAN R. RAYBOULD**
Trial Attorney, Tax Division
Ryan.R.Raybould@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:15-CR-00438-JO |
| Plaintiff, | GOVERNMENT'S MOTION TO CORRECT ITS MOTION FOR NEW *FARETTA* HEARING, NEW TRIAL DATE, AND REVISED CONDITIONS OF RELEASE |
| v. | |
| **WINSTON SHROUT,** | |
| Defendant. | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Stuart A. Wexler and Ryan R. Raybould, Trial Attorneys, Tax Division, hereby moves to correct its Motion for New *Faretta* Hearing, New Trial Date, and Revised Conditions of Release, filed on March 28, 2016. (Doc. 24.) The March 28 Motion indicated "a review of wssic.com on March 28, 2016, revealed that seminar recordings and fictitious instrument templates are still for sale through the website." (Doc. 24 at 7.) An Attachment A, containing screenshots from wssic.com showing these items for sale, was to have

accompanied the March 28 Motion (Doc. 24 at 7) but was inadvertently omitted from the government's filing. The Attachment A is now attached to this filing.

DATED this 31st day of March, 2016.

                                                Respectfully submitted,

                                                BILLY J. WILLIAMS
                                                United States Attorney

                                                */s/ Stuart A. Wexler*
                                                STUART A. WEXLER
                                                RYAN R. RAYBOULD
                                                Trial Attorneys, Tax Division
                                                (202) 305-3167