IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cr-00438-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINSTON SHROUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court to address defendant's document titled *Plea in Bar and Demand for Written Bill of Particulars True Bill in Commerce*. After careful review of the entire document, I am satisfied that it presents no legal issue to be resolved. To the extent the document can be construed as a motion, it is entirely lacking in merit and provides no basis upon which defendant could be entitled to relief. Accordingly, the motion [# 23], to the extent it is a motion, is DENIED.

IT IS SO ORDERED.

DATED this ___ day of April, 2016.

Robert E. Jones
United States District Judge

ORDER