Hon. Winston Shrout  
c/o PO Box 4043  
Hillsboro, Oregon  
      97123-9998

FILED15 APR '16 12:35USDC-ORP

UNITED STATES DISTRICT COURT  
DISTRICT OF OREGON  
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA [sic] ) | |
| ) | Case No. 3:15-cr-00438-JO |
| v.           ) | |
| ) | MOTION TO DISMISS FOR |
| ) | TREATY VIOLATION |
| ) | AND TREASON AGAINST |
| ) | CONSTITUTION ART. VI |
| WINSTON SHROUT [sic]   ) | AND NOTICE OF SAME TO |
| ) | US ARMY PROVOST MARSHAL |

By: Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573

COMES NOW Winston Shrout, a Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor and Beneficiary of WINSTON SHROUT 401643573, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of principles as stated in *Haines v.Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

Parties to Case No. 3:15-cr-00438-JO are hereby noticed of the Treason for actions taken against Winston Shrout who is not a US citizen but whose status in relationship to the US government is as a non-resident alien or what is properly an American National.

Constitution for the united States of America  
Article VI  
Supremacy Clause

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land, and **the Judges in every State shall be bound thereby**, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.  Art. VI

NOTICE: For a US DOJ Attorney to attack the Hon. Winston Shrout (who is not a US citizen) whose immunity and authority is guaranteed under Great Seal Number 632258894 is in violation of international treaty and thus treason against the Constitution Art. VI Supremacy Clause.

## TREASONOUS ATTACK BY US ATTORNEYS

DOJ Attorneys have no powers of attorney to represent the UNITED STATES OF AMERICA in any event, and to represent that they do have power to represent it is pure fraud.

In the famous case of the UNITED STATES OF AMERICA vs. MICROSOFT CORPORATION (Civil Actions #98-1232 and #98-1233) it was successfully demonstrated how the federal courts lacked original jurisdiction in the anti-trust case against the MICROSOFT CORPORATION.

That case was allegedly brought by the "UNITED STATES OF AMERICA" (or "USA"), but attorneys for the U.S. Department of Justice ("DOJ") have no powers of attorney to represent the "USA", as such. Willful misrepresentation is a violation of the McDade Act at 28 U.S.C. 530B, which requires DOJ attorneys to obey State Bar disciplinary guidelines.

## THEFT BY FRAUD

Upon investigation, it is the firm belief by Winston Shrout that the Clerk of the Court has already received funds by going to the 'back office' of the US Treasury and extracting from the estate of WINSTON SHROUT 401643573 of which Winston Shrout is the Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573, through the fraudulent use of the 'Miller Act' bonds, GSA 24, 25, and 25a, or similar bonds.

Winston Shrout has a perfected security interest in WINSTON SHROUT. [See Memorandum exhibits.] Unauthorized taking and dispersal of said funds is pure thievery.

## NOTICE OF TREATY OF USA/UN/OITC

*THE OFFICE OF INTERNATIONAL TREASURY CONTROL*
*A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations.*
*United Nations Charter Control Number: 10-60847*
*Immunity and Authority Guaranteed under Great Seal Number 632258894*
*LETTER OF APPOINTMENT AND COMMISSION*
*We,*
*The Sovereign Jurisdiction of*
*THE OFFICE OF INTERNATIONAL TREASURY CONTROL*
*Herewith Appoint and Commission*
*THE HONORABLE WINSTON SHROUT*
*Notary Exequatur*
*With Authority of Legate Adjudica,*

*To take action, to execute, to demand according to International Treaty Entitlements Guaranteed to us, to defend and protect our property, interests and Sovereign rights by all means necessary, to determine and make decision according to Instructions and within authority granted to him, to make charge and accept charge against us, to assess and recommend appointments, to pay and to receive and to do all those things on our behalf and in our interest that we would do if present in our own person.*

*Confirming and Ratifying the Appointment and Commission of The Honorable Winston Shrout, I the undersigned Chairman of the International Treasury Control do herewith set my hand and seal in testament thereof on this 26th Day of May, 2010.*

*[signature]*
*His Excellency, Prof. Dr. Ray C. Dam*
*Chairman & the Sole Arbiter of OITC*
*International Treasury Controller 10-60847*
*Federal Reserve Sytem Master Commitment Holder*
*International Master Collateral Holder*

NOTICE: The actions against Hon. Winston Shrout by US DOJ Attorneys is in treason as the USA is a member of the United Nations and the OITC has "Immunities and Authority Guaranteed under Great Seal Number 632258894". Refer to Art. VI Supremacy Clause.

## TITLE 42 US CODE

Attorneys are charged for "knowledge of the law" under Title 42 USC demonstrating that these US DOJ Attorneys acted with knowledge and full intent with the attack against the Hon. Winston Shrout who operates with "Immunity and Authority" under international treaty.

In this case US DOJ Attorneys have acted in treason with full intent.

## TREASON WITHIN JURISDICTION OF THE US MILITARY

Notice to US Army Provost Marshal: It has come to the attention of the Hon. Winston Shrout, With Authority of Legate Adjudica, that the below named individuals are in treason against the Constitution for the united States of America for the actions listed above.

Parties: Judge Robert E. Jones, Magistrate, John V. Acosta, Clerk Mary L. Moran, US Attorney Billy J. Williams, US Attorney Stuart A. Wexler, US Attorney Ryan R. Raybould, et. al.

The Hon. Winston Shrout has knowledge that treason is within the jurisdiction of the US Military since the end of the War Between the States under military occupation up an through this present time.

The Hon. Winston Shrout recommends that the Provost Marshal investigate this matter and if treason is found that said parties be brought to trial at a proper Courts Marshal for those crimes.

Having been informed of the true status of Winston Shrout, said parties have moved forward with disregard for the Constitution and international treaties in violation of the Constitution for the united States of America Article VI known as the Supremacy Clause.

_Winston Shrout_      4/13/16
Hon. Winston Shrout     date
UN Charter Control Number 10-60847
Immunity and Authority Guaranteed under Great Seal No. 63225889

## PROOF OF SERVICE

Be it known that on the date of April _15_, 2016, that a copy of this above was served at the place of business to the following:

Billy J. Williams, US Attorney, Bar # unknown
c/o US District Court, Mark O. Hatfield US Courthouse
1000 SW Third Avenue, ste 600
Portland, Oregon 97204

_Winston Shrout_
Hon. Winston Shrout
UN Charter Control Number 10-60847
Immunity and Authority Guaranteed under Great Seal No. 63225889