FILED15 APR '16 12:36USDC-ORP

Hon. Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon
    97123-9998

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA [sic] ) | |
| ) | Case No. 3:15-cr-00438-JO |
| ) | |
| v.    ) | MEMORANDUM FOR |
| ) | MOTION TO DISMISS FOR |
| ) | TREATY VIOLATION |
| ) | AND TREASON AGAINST |
| ) | CONSTITUTION ART. VI |
| WINSTON SHROUT [sic]    ) | AND NOTICE OF SAME TO |
| ) | US ARMY PROVOST MARSHAL |

<u>By: Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573</u>

COMES NOW Winston Shrout, a Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor and Beneficiary of WINSTON SHROUT 401643573, who is neutral in the public, who is unschooled in law, and making a <u>special appearance</u> before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of principles as stated in <u>Haines v.Kerner</u>, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

### US CONSTITUTIION ART. VI, aka SUPREMACY CLAUSE

**The "Supremacy Clause " of the U.S. Constitution is contained in Article VI:**
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

## LEGAL OPINION

"The treaty making power is an extraordinary power liable to abuse. Treaties make international law and they make domestic law. Under our Constitution treaties become the supreme law of the land. They are indeed more supreme than ordinary laws, for Congressional laws are invalid if they do not conform to the Constitution whereas treaty laws can override the Constitution. Treaties for example, can take powers away from the Congress and give them to the President; they can take powers from the state and give them to the Federal Government or to some international body and they can cut across the rights given to the people by the Constitutional Bill of Rights."
**John Foster Dulles (April 12, 1952)**
**Louisville, Kentucky**
(Secretary of State Eisenhower Administration)

## TREATY OF USA/UN/OITC

*THE OFFICE OF INTERNATIONAL TREASURY CONTROL*
*A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations.*
*United Nations Charter Control Number: 10-60847*
*Immunity and Authority Guaranteed under Great Seal Number 632258894*
*LETTER OF APPOINTMENT AND COMMISSION*
*We,*
*The Sovereign Jurisdiction of*
*THE OFFICE OF INTERNATIONAL TREASURY CONTROL*
*Herewith Appoint and Commission*
*THE HONORABLE WINSTON SHROUT*
*Notary Exequatur*
*With Authority of Legate Adjudica,*
*To take action, to execute, to demand according to International Treaty Entitlements Guaranteed to us, to defend and protect our property, interests and Sovereign rights by all means necessary, to determine and make decision according to Instructions and within authority granted to him, to make charge and accept charge against us, to assess and recommend appointments, to pay and to receive and to do all those things on our behalf and in our interest that we would do if present in our own person.*
*Confirming and Ratifying the Appointment and Commission of The Honorable Winston Shrout, I the undersigned Chairman of the International Treasury Control do herewith set my hand and seal in testament thereof on this 26th Day of May, 2010.*
*[signature]*
*His Excellency, Prof. Dr. Ray C. Dam*
*Chairman & the Sole Arbiter of OITC*
*International Treasury Controller 10-60847*
*Federal Reserve System Master Commitment Holder*
*International Master Collateral Holder*

Case No. 3:15-cr-00438-JO CONSTITUTES TREASON

SUMMARY OF EVENTS

On May 26, 2010 at Phnom Penh, Cambodia, Dr. Ray C. Dam as Chairman & the Sole Arbiter of OITC did appoint Winston Shrout an official of the OITC under United Nations Charter Control Number: 10-60847, Immunity and Authority Guaranteed under Great Seal Number 632258894. [see Exhibits A and B]

The now Hon. Winston Shrout was informed that he, Dr. Dam, would notify all of the necessary parties of that appointment which included the United Nations, the US Attorney General, and various other US departments which apparently he did. [see attached Exhibit C]

The Hon. Winston Shrout was told that he was to represent the OITC in the US in all matters, and was specifically directed to 'clean up' the bank mortgage foreclosure problems as the OITC was the underwriter to all of the mortgage banks and mortgages, all of which created a huge embarrassment to the OITC.

The Hon. Winston Shrout was also to see to all the provisions of the appointment. [see Exhibits A and B]

Since May 26, 2010, the Hon. Winston Shrout has acted at all times and instances in this official capacity under United Nations Charter Control Number: 10-60847, Immunity and Authority Guaranteed under Great Seal Number 632258894.

Under the Article VI of the Constitution 'Supremacy Clause', to attack the Hon. Winston Shrout by agents of the US DOJ is **treason** against the Constitution which brings the matter under the jurisdiction of the US Army Provost Marshal.

HISTORY OF US ARMY OCCUPATION AND JURISDICTION

A quick review of the role of the US Army as the army of conquest and occupation takes us back to the War Between the States/Civil War period ending circa 1865. [Note: this author, Hon. Winston Shrout, had ancestors who participated in that conflict.]

With the cessation of hostilities, the US Army as an occupying force was placed under the Lieber Code as a guide to maintaining the peace of an occupied country. This occupation extended to all of the states as at that time the governance of the country was totally under the Federal Government and not the original 'republic' concept, and the various jurisdictions which made up the ten square miles we now call Washington, DC, were melded into one jurisdiction in 1871. This Federal Government had the burden of debt incurred by that war, which, notwithstanding the efforts of Pres. Abraham Lincoln to issue a national currency (called historically 'green backs') to avoid the debt to the international bankers. This, as history tells, was perhaps the main reason why Pres. Lincoln was assassinated much like Pres. John F. Kennedy in later years.

This Federal Control and occupation by the US Army continued in force. But adjustments had to be made as the Federal Government could not meet the debt obligations and so Washington, DC, was dis-incorporated in 1878 and the governance of the country moved toward 'corporatization'. This situation was to the advantage of the creditors of the Civil War, the international banking establishments, as it was obvious by 1903 that the debt could not be serviced, and so in 1913 the Federal Reserve Act was put in place (not properly enacted as per the original Constitution), and under the international law of 'proscription', the Federal Reserve Act was made binding in 1933 and the people who acquiesced to the 14th Amendment came liable for the debt.

The events surrounding the 1933 period brought on many changes. The original republic concept of government was replaced with a federal/corporatized model, or what is called in law, a 'fiction'. The government effectively turned from a *de jure* republic form into a *de facto* corporate/fascist form of government. [Note the 'fasces' symbols behind the podium of the House of Representatives.] And with the change in form of governance came the resulting change in 'money', vis-à-vis Federal Reserve Notes.

But through all of this, the US Army which had evolved from the Army of the Grand Republic remained as the overseer as an occupying force, and is not a corporation, but a *de jure* force.

All military inductees, (which include the Hon. Winston Shrout, volunteered into the US Marine Corps in January 1971 with honorable discharge in November 1974), enlisted or officers take the same oath, which in essence is 'to defend the Constitution against all enemies, foreign and domestic'. Winston Shrout takes his oaths seriously.

[It is the understanding of the Hon. Winston Shrout, that all Federal Judges take a comparable oath to assume the position of 'benefit of office'.]

THEREFORE, when any agent of any supposed *de facto* agency violates the Art. VI Supremacy Clause in violation of the international treaties, it falls under the jurisdiction of the US Army Provost Marshal to investigate. And if a crime is found, to prosecute that crime, and the only crime defined as violation of the Constitution is **treason**.

## AMERICAN NATIONAL

Winston Shrout is not a US citizen, but is 'non-resident alien', and in fact is an American National. [refer to Notices already in case file]

Winston Shrout has a perfected security interest in WINSTON SHROUT as per Uniform Commercial Code revised Article 9. [refer to Notices already in case file.]

Winston Shrout is not under the jurisdiction of any fictional de facto organization such as the UNITED STATES DISTRICT COURT, or any other such fictional corporation.

Winston Shrout has been forced to comply with demands of agents for the IRS and DOJ and USDC under threat of arms.

The alleged Grand Jury 'True Bill' and resulting indictment, Case No. 3:15-cr-00438-JO, is in the form of a Bill of Attainder which is a violation of the Constitution Art. 1, Sec. 9. This is a violation and treason against the Constitution.

Given under my own hand this __13__ day of April, 2016.

_____
Hon. Winston Shrout
UN Charter Control Number 10-6084
Immunity and Authority Guaranteed under Great Seal No. 63225889

## PROOF OF SERVICE

Be it known that on the date of April __15__, 2016, that a copy of the above was served at the place of business to the following:

Billy J. Williams, US Attorney, Bar # unknown
c/o US District Court, Mark O. Hatfield US Courthouse
1000 SW Third Avenue, ste 600
Portland, Oregon 97204

_____
Hon. Winston Shrout
UN Charter Control Number 10-6084
Immunity and Authority Guaranteed under Great Seal No. 63225889



THE OFFICE OF INTERNATIONAL TREASURY CONTROL
His Excellency, Prof. Dr. Ray C. Dam, Treasury Controller.

*Exhibit A*

# THE OFFICE OF INTERNATIONAL TREASURY CONTROL

A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations.

United Nations Charter Control Number : 10-60847

Immunity and Authority Guaranteed under Great Seal Number 632258894

*Oversize document original in possession of Hon. Winston Shrout*

## LETTER OF APPOINTMENT AND COMMISSION

We,

the Sovereign Jurisdiction of

### THE OFFICE OF INTERNATIONAL TREASURY CONTROL

**Herewith Appoint and Commission**

### THE HONORABLE WINSTON SHROUT

## Notary Exequatur

**With Authority of Legate Adjudica.**

e, to demand according to International Treaty Entitlements Guaranteed to us, to defend and protect our property, interests and Sovereigi
 and make decision according to Instructions and within authority granted to him, to make charge and accept charge against us, to asse
d to receive and to do all those things on our behalf and in our interest that we would do if present in our own person.

ying the Appointment and Commission of The Honorable Winston Shrout, I, the undersigned Chairman of the Office of International Tre
herewith set my hand and seal in testament thereof on this 26th Day of May, 2010.

The Honorable Winston Shrout
Appointed and Commissioned By Sovereign Order

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
His Excellency, Prof. Dr. Ray C. Dam, Treasury Controller.

Exhibit B

# THE OFFICE OF INTERNATIONAL TREASURY CONTROL

## Apostille and Affirmation of Authority.

### The Honorable Winston Shrout

### Notary Exequatur with Authority of Legate Adjudica.

### Historical Record :

*Oversize document original in possession of Hon. Winston Shrout*

...onal Treasury Control (OITC) is the Sovereign and Judicial organization that in accordance with International Treaty executes the authority of the International Treasury Co... ...stration Accounts of the Federal Reserve System / Bank for International Settlements. The International Treasury Controller, His Excellency, Prof. Dr. Ray C. Dam, is not just a per... ...ler the United Nations Charter, this authority forms an institution of Ownership and Sovereign Control.

...nal Treaty Agreements agreed and entered, the following being the rules for statement of the rules, with the funds and assets thereof held under his irrevocable and absolu... ...y C. Dam as owner and Sole Arbiter of all assets held under the Institutional Parent Registration Accounts and all sub accounts thereof and linked thereto.

**RECORD:**

...es H., *The Treaty Making Power of the Means, United States Senator Committees*); The Green Hilton Agreement (*Geneva 1963-1966 the Guarantee is Declared on by* ...d established under Schweitzer Innsbruck Conference (*Innsbruck, Austria 1964, record: Democrat, Royden J, The Treaty Making Power in the Defense of the Senates p* ...ld Act, (1972) in the Senate of the United States, Volume II, Chapter 7, International Panel (The Hague 1968) which transferred to the Trust and Foundation in its supervisor ...ent revisions thereof governing the management and control of International Collateral Combined Accounts otherwise also known as the Global Debt Facility; The RC... ...e in Senate Actions upon Treaties (1901-1989) American Banking and Bullion International Law 18 (1924); Amended Foreign Gold Act (1972, Washington D.C.); Appoi... ..., The Congress assembled the Legislative Press in the Tripartite, Trilateral, Trillenium Pact, being the applicable Pact between World Governments (London, 1921).

**INTERNATIONAL RECORD REFERENCE CODES.**
Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire
Governments Empowered the Person : ........International Control No. 10-60847
International Clearing Code : .........................UNRCD-ID006197
UN/US Federal Service Record No. : ................................0-99-2-33
Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984

Legal Opinion (issued by Dr. Andreas Jawurek, Attorney at Law, holding the full record, Switzerland, 1998)

...ay C. Dam, Sole Arbiter and Lawful Owner of all the assets held within Foundation Divine and the Heritage International Trust and their internal and ancillary Trusts, Foundat... ...y the International Community on January 20, 1995, His Excellency, Prof. Dr. Ray C. Dam holds the absolute right to determine and make ruling, such ruling to be enforced... ...ates of America; (*this right of Sovereign Control assures Sovereign defense of the United States Dollar, thus it is Guaranteed by the United States Congress, reaffirmed by the Ser...* ...es Presidential Office of Management and Budget, whereat, empowerment of his person and his full indemnified status is acknowledged under Great Seal No. 632259984 and f... ...Department of the Treasury of the United States of America, The Bank for International Settlements, Swiss National Bank and the Swiss Federal Finance Administration), wh... ...to the assets under his control is inviolate and may not be set aside, modified or denied by any Court or by any agreement or arrangement between other parties and or institution... ...nal Community who empowered his person. Decisions and Determinations made by His Excellency. Prof. Dr. Ray C. Dam in respect of the Combined International Collateral A... ...r all and or any laws, adjudications, legal rulings, or similar, determined by any Court of any Country, including the International Courts (World Courts).

### The Honorable Winston Shrout

...ied and confirmed as Notary Exequator with the Power and Authority of Legate Adjudica vested in his person to execute, defend, protect and preserve the Authority ...roller as Chartered and Empowered by the International Community through the United Nations under that Sovereign Jurisdiction granted His Excellency, Prof. Dr. Ray C. D...

Exhibit C

**For Immediate Attention of the Attorney General**
**Clearing Code UN RCD-ID006197**

INTERNATIONAL RECORD REFERENCE CODES.
Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire
Governments Empowered the Person : ........International Control No. 10-60847
International Clearing Code : ...........................UNRCD-ID006197
UN/US Federal Service Record No. : ...............................0-99-2-33
Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984

To     : U.S. Department of Justice
         950 Pennsylvania Avenue, NW
         Washington, DC 20530-0001

Attention : Mr. Eric Holder,
            Attorney General of the United States of America.

Dear Mr. Holder, Sir,

**Re: 1.   The Recovery Act and Ending Fraud committed by Banks against the American People and against The United States via Treasury Direct.**

**Re : 2.  Our Appointment of Notary Exequateur by way of Sovereign Authority.**

The recent sub-prime mortgage problem was not an accident, but a problem created through endemic and continuing criminal misbehavior by banks. Almost all mortgages in the United States today, are in fact continuing acts of fraud against the American People, against Treasury Direct, and against the Office of International Treasury Control.

We, the Office of International Treasury Control (OITC), are the real underwriters of most United States Mortgages and we are very concerned by the almost uncontrollable and well organized misbehavior of Banks against the American People, against Treasury Direct and ultimately against ourselves. The economy of the United States is suffering greatly because of this.

Sir, with the greatest respect, we need to stop banks stealing funds that should be committed against the Federal Debt and also stop them dispossessing property owners. The Banks are merely holders in escrow, but it is Banks who apply to have the courts dispossess and evict the property owner, then it is Banks who literally steal the property on a claim of abandonment based on a misrepresentation that they are owners in default. The truth Sir, is that this is straight out fraud that is tolerated because it has become standard and accepted practice for Banks to steal monies that should be sent to Treasury Direct, then to claim they are the damaged party when in fact, they are merely common thieves perpetrating a fraud by deception. Through this method Banks take property, the value of which should be discharged through Treasury Direct back to the United States, and by misrepresentation and fraud claim the value as theirs.

The Office of International Treasury Control as the owner of assets that underwrite these mortgages is a Sovereign Institution that has been chartered by and registered with the United Nations under the Sovereign Authority granted to Dr. Ray C. Dam, the appointed International Treasury Controller and Sole Arbiter elected by the Nations of the World .