FILED15 APR '16 12:36USDC-ORP

Hon. Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon
      97123-9998

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA [sic] | ) | |
| | ) | Case No. 3:15-cr-00438-JO |
| | ) | |
| v. | ) | NOTICE OF DEFAULT OF |
| | ) | PLEA IN BAR AND DEMAND |
| WINSTON SHROUT [sic] | ) | FOR WRITTEN BILL OF PARTICULARS |
| | ) | TRUE BILL IN COMMERCE |
| | ) | OF NECESSITY |

By: Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573

COMES NOW Winston Shrout, a Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor and Beneficiary of WINSTON SHROUT 401643573, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

NOTICE OF DEFAULT

Notice is hereby given of the default of all parties in Case No. 3:15-cr-00438-JO on "PLEA IN BAR AND DEMAND FOR WRITTEN BILL OF PARTICULARS TRUE BILL IN COMMERCE OF NECESSITY" which was filed in this case on 25 March 2016 and served on US Attorneys on that same day. Judge Jones prejudiced this cause of action on 31 March 2016 saying that it was of no effect (or words to that effect) although no orders were issued to disallow said plea.

Therefore, all conditions and agreements of said PLEA are at this date fixed and enforceable.

This is simple contract technology.

_Winston Shrout_                               4/15/16
Hon. Winston Shrout                                   date
UN Charter Control Number 1016084
Immunity and Authority Guaranteed under Great Seal No. 63225889

## PROOF OF SERVICE

Be it known that on the date of April __15__, 2016, that a copy of this above was served at the place of business to the following:

Billy J. Williams, US Attorney, Bar # unknown
c/o US District Court, Mark O. Hatfield US Courthouse
1000 SW Third Avenue, ste 600
Portland, Oregon 97204

_Winston Shrout_
Hon. Winston Shrout
UN Charter Control Number 1016084
Immunity and Authority Guaranteed under Great Seal No. 63225889