FILED15 APR '16 12:37USDC-ORP

> Hon. Winston Shrout
> c/o PO Box 4043
> Hillsboro, Oregon
> 97123-9998

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA [sic]   ) | |
| ) | Case No. 3:15-cr-00438-JO |
| v.   ) | |
| ) | NOTICE OF 1099A |
| WINSTON SHROUT [sic]   ) | |

By: Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573

NOTICE OF FILING OF IRS FORM 1099A ON Case No. 3:15-cr-00438-JO

---

☒ CORRECTED (if checked)

**Form 1099-A — Acquisition or Abandonment of Secured Property (2016)**
OMB No. 1545-0877
Copy B For Borrower

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.:
WINSTON SHROUT
c/o PO BOX 4043
HILLSBORO, OR 97123

LENDER'S federal identification number: 401643573
BORROWER'S identification number: unknown

BORROWER'S name: USDC PORTLAND, OREGON
Street address: 1000 SW THIRD AVE.
City, state, ZIP: PORTLAND OREGON 97204
Account number: CASE NO. 3:15-cr-00438-JO

1 Date of lender's acquisition or knowledge of abandonment: 3/15/16
2 Balance of principal outstanding: $ UNKNOWN
4 Fair market value of property: $ UNKNOWN
5 If checked, the borrower was personally liable for repayment of the debt: ☒
6 Description of property: WINSTON SHROUT CASE NO. 3:15-cr-00438-JO

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form 1099-A    (keep for your records)    www.irs.gov/form1099a    Department of the Treasury - Internal Revenue Service

---

By: *Winston Shrout* (signature)    4/12/16
Winston Shrout    date

## PROOF OF SERVICE

Be it known that on the date of March _____, 2016, that a copy of this above was served at the place of business to the following:

Billy J. Williams, US Attorney, Bar # unknown

c/o US District Court, Mark O. Hatfield US Courthouse

1000 SW Third Avenue, ste 600

Portland, Oregon 97204

*Winston Shrout*

Hon. Winston Shrout

UN Charter Control Number 10-60847

Immunity and Authority Guaranteed under Great Seal No. 63225889