IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,           )<br>                                                          )<br>          v.                                            )<br>                                                          )<br>WINSTON SHROUT,                      )<br>                                                          )<br>                        Defendant.        )<br>                                                          ) | 3:15-cr-00438-JO<br><br>ORDER |

This matter is before the court to address defendant's *Motion to Dismiss for Treaty Violation and Treason Against Constitution Art. VI.* [# 31]. I have carefully reviewed the motion and supporting memorandum, the *Notice of Default of Plea in Bar* [# 32], and the *Notice of 1099A* [# 33] filed therewith. The motion and accompanying documents have no merit and present no basis upon which defendant could be entitled to relief. Accordingly, the motion [# 31] is DENIED.

IT IS SO ORDERED.

DATED this 18th day of April, 2016.

Robert E. Jones
United States District Judge

ORDER