IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:15-cr-00438-JO |
| ) | |
| v. ) | ORDER |
| ) | |
| WINSTON SHROUT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court to address two pending motions. The court construes defendant's *Motion to Clarify and Request for Hearing of Necessity [#38]* as a motion to recuse based on earlier rulings adverse to defendant. That motion is DENIED.

Defendant's *Motion/Request for Identity Hearing and Production of Rule 5(C)(3) Identity Affidavit of Necessity [#39]* has no merit and presents no basis upon which defendant could be entitled to relief. Accordingly, that motion is also DENIED.

IT IS SO ORDERED.

DATED this 9th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　Robert E. Jones
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER