# ATTACHMENT A
# Video / Audio Clip Matrix

| Video Clip Matrix | | | |
|---|---|---|---|
| Start Time | End Time | Seminar/Disk | File Name |
| 1:15 | 14:32 | Disk 3 - Boston MA | Boston.mp4 |
| 0:57 | 2:39 | Disk 3 – Kelowna BC | Kelowna.mp4 |
| 0:25 | 5:38 | Disk 4 – London, England | London.mp4 |
| 0:19 | 11:55 | Disk 6 – Orlando, FL | Orlando.mp4 |
| 1:20 | 10:38 | Disk 1- San Antonio, TX | SanAntonio.mp4 |
| 0:40 | 14:22 | Disk 1 - St Joseph, MO | StJosephdisk1.mp4 |
| 0:39 | 9:39 | Disk 3 – St. Joseph, MO | StJosephdisk2.mp4 |

Audio Clip: "Tad's Talkshoe – Youhavetheright.com" podcast, recorded March 29, 2016, and located at:
http://www.talkshoe.com/talkshoe/web/talkCast.jsp?masterId=46256&cmd=tc,