IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cr-00438-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINSTON SHROUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Government's *Motion for Reciprocal Discovery* [#43]. Pursuant to Federal Rule of Criminal Procedure 16(b) and Standing Order 2015-5 defendant is required to provide counsel for the Government with reciprocal discovery.

Accordingly, defendant is ordered to provide the Government all Rule 16 discovery within 14 days of the date of this order, including

> (1) any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

1     ORDER

In addition, defendant is ordered to disclose to the Government any prior statements of the witnesses he intends to call at trial.

IT IS SO ORDERED.

DATED this _12_ day of May, 2016.

Robert E. Jones
United States District Judge

2    ORDER