**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**RYAN R. RAYBOULD**
Trial Attorney, Tax Division
Ryan.R.Raybould@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:15-CR-00438-JO |
| Plaintiff, | GOVERNMENT'S MOTION FOR A SCHEDULING ORDER |
| v. | |
| WINSTON SHROUT, | |
| Defendant. | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Stuart A. Wexler and Ryan R. Raybould, Trial Attorneys, Tax Division, hereby moves for this Court to provide a scheduling order for the trial against defendant Winston Shrout. On May 20, 2016, the Court set a trial date of October 11, 2016.[1] As of the date of this filing, the Government has begun to prepare substantially for trial and will be ready to proceed on October 11, 2016. As such, the Government respectfully requests a

---

[1] This is the third trial date since the defendant was indicted on December 8, 2015.

scheduling order from the Court as to when pretrial filings are due as well as the Court's preference for the date of a pretrial hearing.

        Dated this 6th day of September 2016.

                                            Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            */s/Ryan R. Raybould*
                                            RYAN R. RAYBOULD
                                            STUART A. WEXLER
                                            Trial Attorneys, Tax Division
                                            (202) 305-3167

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant. Additionally, a copy of the foregoing was emailed to the defendant at milieannjones@gmail.com.

     /s/ *Ryan R. Raybould*
     Ryan R. Raybould
     Trial Attorney, Tax Division