**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**RYAN R. RAYBOULD**
Trial Attorney, Tax Division
Ryan.R.Raybould@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:15-cr-00438-JO |
| v. | **GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S UNOPPOSED** |
| **WINSTON SHROUT,** | **MOTION FOR RULE 15 DEPOSITION AND JOINT MOTION FOR** |
| Defendant. | **CONTINUANCE OF JURY TRIAL DATE** |

      The United States of America, by Billy J. Williams, Acting United States Attorney for the District of Oregon, and Ryan R. Raybould, Trial Attorney, Tax Division, hereby requests the Court issue an order allowing the government to file under seal the Government's Unopposed

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Motion For Rule 15 Deposition and Joint Motion For Continuance of Jury Trial Date in the above-captioned case.

This motion contains sensitive personal information.

Dated this 30th day of September, 2016.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        /s/ Ryan R. Raybould
        RYAN R. RAYBOULD
        STUART A. WEXLER
        Trial Attorneys, Tax Division
        (202) 305-3167

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 30, 2016, I caused the foregoing to be filed with the Clerk of the Court.  Additionally, a copy of the foregoing was emailed to the defendant at milieannjones@gmail.com and emailed to advisory counsel at Ruben_Iniguez@fd.org.

    /s/ Ryan R. Raybould
    Ryan R. Raybould
    Trial Attorney, Tax Division