**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**LEE F. LANGSTON**
Trial Attorney, Tax Division
Lee.F.Langston@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>    v.<br><br>**WINSTON SHROUT,**<br><br>      **Defendant.** | Case No.: 3:15-CR-00438-JO<br><br>SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G) |

  The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, Stuart A. Wexler and Lee Langston, Trial Attorneys, Tax Division, hereby gives Supplemental Notice of Its Intent to Introduce Expert Witness Testimony Pursuant to Federal Rule of Criminal Procedure (16)(a)(1)(G).

  The United States previously provided notice of its intent to offer the expert testimony of William C. Kerr during its case-in-chief. (Doc. 23.)  As noted therein, Mr. Kerr is a former National Bank Examiner for the Office of the Comptroller of the Currency and is now retired and

in private practice. In addition to the expert testimony previously noticed, Mr. Kerr will provide testimony concerning 632 additional documents found on Defendant's computer.[1] Mr. Kerr will testify that his examination of the documents revealed that they are fictitious financial instruments without any material financial value. He will further opine that the documents were created solely for the purpose of perpetrating a fraud, and are designed in such a way as to attempt to create an aura of authenticity to the casual observer. The documents purport to draw on a depository account at the United States Department of Treasury for the benefit of Defendant. Mr. Kerr will testify that such individual accounts do not exist at the Treasury. Mr. Kerr's qualifications are set forth in his *curriculum vitae*, attached as Exhibit A to the Government's initial Notice. *See* Doc. 23. at Exhibit A. The Government will provide Defendant with a copy of Mr. Kerr's original and supplemental opinions in advance of trial and consistent with District of Oregon Standing Order 2015-5(a).

The Government's initial Notice provided grounds for admitting Mr. Kerr's expert testimony; such basis applies equally to Mr. Kerr's supplemental material outlined above. *See* Doc. 23.

/ /

/ /

/ /

/ /

/ /

---

[1] All documents reviewed by Mr. Kerr were found on Defendant's computer and previously provided in discovery.

**SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE**
**EXPERT WITNESS TESTIMONY**
**PURSUANT TO FEDERAL RULE OF**
**CRIMINAL PROCEDURE 16(a)(1)(G) - 2**

DATED this 23rd day of March, 2017.

                                                   Respectfully submitted,

                                                   BILLY J. WILLIAMS  
                                                   United States Attorney

                                                   */s/ Stuart A. Wexler*  
                                                   STUART A. WEXLER  
                                                   LEE F. LANGSTON  
                                                   Trial Attorneys, Tax Division  
                                                   (202) 305-3167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.  Additionally, a copy of the foregoing was emailed to the defendant at milieannjones@gmail.com.

                                        /s/ *Stuart A. Wexler*
                                        Stuart A. Wexler
                                        Trial Attorney, Tax Division