**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**LEE F. LANGSTON**
Trial Attorney, Tax Division
Lee.F.Langston@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:15-CR-00438-JO |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| **WINSTON SHROUT,** | |
| Defendant. | |

Notice is hereby made of the appearance of Trial Attorney Lee F. Langston as counsel for the United States along with Trial Attorney Stuart A. Wexler, in the above-captioned case.

DATED this 3rd day of April, 2017.

    Respectfully submitted,

    BILLY J. WILLIAMS
    United States Attorney

    */s/ Lee F. Langston*
    STUART A. WEXLER
    LEE F. LANGSTON
    Trial Attorneys, Tax Division
    (202) 305-3167

15300300.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant. Additionally, a copy of the foregoing was emailed to the defendant at millieannjones@gmail.com.

                                      /s/ *Lee F. Langston*
                                      LEE F. LANGSTON
                                      Trial Attorney, Tax Division