**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**LEE F. LANGSTON**
Trial Attorney, Tax Division
Lee.F.Langston@usdoj.gov
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:15-CR-00438-JO |
| **Plaintiff,** | **GOVERNMENT'S WITNESS LIST** |
| v. | |
| **WINSTON SHROUT,** | |
| **Defendant.** | |

The United States of America, by and through Billy J. Williams, United States Attorney, and Stuart A. Wexler and Lee F. Langston, Trial Attorneys, Department of Justice Tax Division, submits this Witness List to assist the court during the trial of this matter.

/ /

/ /

/ /

/ /

| Witness | Location |
|---|---|
| Jennifer Becker | Portland, Oregon |
| Patricia Bekken | Hillsboro, Oregon |
| Dawniell Dickerson | IRS, Takoma, Washington |
| Kristin Emminger | IRS, Corvallis, Oregon |
| Casey Hill | IRS, Ogden, Utah |
| William C. Kerr | Alexandria, Virginia |
| JuJet Larson | IRS, Denver, Colorado |
| Bill McGrath | Chicago, Illinois |
| Kristy Morgan | IRS, Ogden, Utah |
| Mark Morini | TIGTA, Columbia, South Carolina |
| Mark Rusiewski | Chicago, Illinois |
| David Slafsky | SSA, Salem, Oregon |
| Kyle Vong | Los Angeles, California |
| Custodian – FedEx | Portland, Oregon |
| Custodian – Wells Fargo Bank | Portland, Oregon |

Dated this 7th day of April, 2017.

                                        Respectfully submitted,

                                        BILLY J. WILLIAMS
                                        United States Attorney

                                        */s/ Stuart A. Wexler*
                                        STUART A. WEXLER
                                        LEE F. LANGSTON
                                        Trial Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant. Additionally, a copy of the foregoing was emailed to the defendant at milieannjones@gmail.com.

/s/ *Stuart A. Wexler*
STUART A. WEXLER
Trial Attorney, Tax Division

**GOVERNMENT'S
WITNESS LIST**                                              4