**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: ruben_iniguez@fd.org**
**Advisory Counsel for** *Pro Se* **Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00438-JO |
| Plaintiff, | DEFENDANT'S EXHIBIT LIST |
| vs. | |
| WINSTON SHROUT, | |
| Defendant. | |

The *pro se* defendant, Winston Shrout, through advisory counsel, Ruben L. Iñiguez, submits this Exhibit List, attached hereto, to assist the Court during the trial of this matter.

//

Page 1 – DEFENDANT'S EXHIBIT LIST

RESPECTFULLY SUBMITTED this 14th day of April, 2017.

/s/ *Ruben L. Iñiguez*
Ruben L. Iñiguez
Advisory Counsel for *Pro Se* Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the plaintiff.

                                      */s/ Neysa Bogar*
                                      Neysa Bogar
                                      Legal Assistant

**Page 3 – DEFENDANT'S EXHIBIT LIST**

## UNITED STATES *v.* WINSTON SHROUT
## CASE NO. 3:15-cr-00438-JO

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Format |
|---|---|---|
| 1 | Video Clip ("Meet Winston…") from Winston Shrout Solutions in Commerce (www.wssic.com), Official YouTube Channel** | MP4 |
| 2 | Letter of Appointment and Commission for Winston Shrout, Notary Exequatur, Office of International Treasury Control, May 26, 2010 | PDF |
| 3 | United States' Answer and Claim, *Diversified Metal Products, Inc. v. T-Bow Company Trust, et al.*, Civil No. 93-405-E-EJL | PDF |
| 4 | Certification of Jeffrey W. Bullock, Secretary of State, Delaware, Incorporation of Internal Revenue Tax and Audit Service, Inc., March 17, 2011 | PDF |

** A transcript is currently being prepared. It will be submitted to the Court and counsel on Monday, April 17, 2017.