**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: ruben_iniguez@fd.org**
**Advisory Counsel for *Pro Se* Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:15-cr-00438-JO |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| vs. | |
| **WINSTON SHROUT,** | |
| Defendant. | |

The *pro se* defendant, Winston Shrout, through advisory counsel, Ruben L. Iñiguez, submits this witness list to assist the Court during the trial in this matter.

//

//

Page 1 – DEFENDANT'S WITNESS LIST

| Witness | Summary |
|---|---|
| Casey Hill, Special Agent, Internal Revenue Service | To clarify role of IRS. |
| Stuart A. Wexler, Trial Attorney, U.S. Department of Justice, Tax Division | To establish the provenance of the case and to establish that the case is bonded. Also, to testify to the issuance of GSA 24, 25, and 25a bonds on the basis that if these bonds have been issued and collected, then to require the defendant to pay the $250,000 penalty for each charged statute is 'double dipping' and fraud. |
| Ellen F. Rosenblum, Oregon Attorney General | To establish whether the charged statutes are constitutional and, therefore, relevant. |

RESPECTFULLY SUBMITTED this 14th day of April, 2017.

/s/ *Ruben L. Iñiguez*
Ruben L. Iñiguez
Advisory Counsel for *Pro Se* Defendant

Page 2 – DEFENDANT'S WITNESS LIST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14th, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the plaintiff.

/s/ Neysa Bogar
Neysa Bogar
Legal Assistant

**Page 3 – DEFENDANT'S WITNESS LIST**