UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA,           Case No.: 3:15-CR-00438-JO

　　　　Plaintiff,

v.                                  VERDICT FORM

WINSTON SHROUT,

　　　　Defendant.

COUNT ONE: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

　　　_____ Not Guilty     ___X___ Guilty

COUNT TWO: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

　　　_____ Not Guilty     ___X___ Guilty

COUNT THREE: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

　　　_____ Not Guilty     ___X___ Guilty

### COUNT FOUR: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

### COUNT FIVE: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

### COUNT SIX: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

### COUNT SEVEN: MAKING OR PRODUCING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

### COUNT EIGHT: PRESENTING OR PASSING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

COUNT NINE: PRESENTING OR PASSING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty       \_\_\_\_X\_\_\_\_Guilty

COUNT TEN: PRESENTING OR PASSING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty       \_\_\_\_X\_\_\_\_Guilty

COUNT ELEVEN: MAILING OR SHIPPING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty       \_\_\_\_X\_\_\_\_Guilty

COUNT TWELVE: MAILING OR SHIPPING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty       \_\_\_\_X\_\_\_\_Guilty

COUNT THIRTEEN: MAILING OR SHIPPING A FICTITIOUS FINANCIAL INSTRUMENT

We, the jury, duly empaneled, find the defendant:

_____Not Guilty       \_\_\_\_X\_\_\_\_Guilty

COUNT FOURTEEN: WILLFUL FAILURE TO FILE A 2009 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____ Not Guilty      ___X___ Guilty

COUNT FIFTEEN: WILLFUL FAILURE TO FILE A 2010 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____ Not Guilty      ___X___ Guilty

COUNT SIXTEEN: WILLFUL FAILURE TO FILE A 2011 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____ Not Guilty      ___X___ Guilty

COUNT SEVENTEEN: WILLFUL FAILURE TO FILE A 2012 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____ Not Guilty      ___X___ Guilty

COUNT EIGHTEEN: WILLFUL FAILURE TO FILE A 2013 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____ Not Guilty      ___X___ Guilty

COUNT NINETEEN: WILLFUL FAILURE TO FILE A 2014 INCOME TAX RETURN

We, the jury, duly empaneled, find the defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

FOREPERSON

Dated this 21st day of April, 2017