IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON SHROUT,<br><br>Defendant. | No. 3:15-CR-00438-JO<br><br>ORDER APPOINTING COUNSEL |

IT IS ORDERED that the Federal Public Defender is hereby appointed to act as counsel for Winston Shrout, pursuant to the provisions of 18 U.S.C. § 3006A(c). Specifically, the Federal Public Defender has designated AFPD Ruben L. Iñiguez as counsel to be appointed.

Dated this 1st day of May, 2017.

_____
Robert E. Jones
Senior United States District Court Judge

Presented by:

_____
Lisa Hay
Federal Public Defender

Page 1    ORDER APPOINTING COUNSEL