**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon  97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**ruben_iniguez@fd.org**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WINSTON SHROUT,<br><br>    Defendant. | Case No. 3:15-cr-00438-JO<br><br>THIRD MOTION TO CONTINUE SENTENCING HEARING DATE |

The defendant, Winston Shrout, through counsel, Ruben L. Iñiguez, moves the Court to enter an Order continuing the current sentencing hearing date for 90 days (*i.e.*, until May 21, 2018).  Sentencing is currently scheduled for February 20, 2018.  ECF 122.

**PAGE 1 – THIRD MOTION TO CONTINUE SENTENCING HEARING DATE**

This motion constitutes Mr. Shrout's third request to continue the sentencing hearing date.  *See* ECF 117 and 121.[1]

The underlying bases supporting this motion are set forth in the *Ex Parte* Declaration of Counsel filed contemporaneously herewith.

The U.S. Probation Office, through Theresa Fuchs, does not oppose this motion. The government, through its lead counsel, Stuart A. Wexler, Trial Attorney, Tax Division, indicates it "would generally oppose any motion to continue sentencing at this stage without further details regarding the basis of the motion."

RESPECTFULLY submitted this 23rd day of January, 2018.

*/s/ Ruben L. Iñiguez*
Ruben L. Iñiguez
Assistant Federal Public Defender

---

[1] The government first requested a continuance of the initial sentencing hearing date. Neither Mr. Shrout nor the Probation Office opposed the request. The Court granted the government's request and continued the hearing until September 26, 2017. CR 116. Mr. Shrout subsequently moved for a continuance. ECF 117. Neither the government nor the Probation Office opposed it. The Court granted his motion and continued the hearing until January 9, 2018. CR 119. Mr. Shrout then moved for a second continuance. ECF 121. Neither the government nor the Probation Office opposed the motion. *Id*. The Court granted the unopposed motion and continued the hearing until February 20, 2018. CR 122.

**PAGE 2 – THIRD MOTION TO CONTINUE SENTENCING HEARING DATE**