Ruben L. Iñiguez
Assistant Federal Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
Email: ruben_iniguez@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>WINSTON SHROUT,<br><br>       Defendant. | Case No. 3:15-cr-00438-JO<br><br>MOTION FOR LEAVE TO FILE DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR HEARING TO DETERMINE COMPETENCY AND EXHIBIT UNDER SEAL |

The defendant, Winston Shrout, through his attorney, Ruben L. Iñiguez, moves the Court to enter an Order granting him leave to file the Declaration of Counsel in Support of Motion for Hearing to Determine Competency, and its attached exhibit, under seal as both documents contain confidential and privileged information that should not be available in the public record pursuant to Federal Rule of Civil Procedure 5.2.

RESPECTFULLY submitted this 16th day of April, 2018.

              /s/ *Ruben L. Iñiguez*
              Ruben L. Iñiguez
              Attorney for Defendant