IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00438-JO |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE DECLARATION OF COUNSEL AND EXHIBIT UNDER SEAL |
| v. | |
| WINSTON SHROUT, | |
| Defendant. | |

This matter having come before the Court on Motion of the defendant requesting leave to file the Declaration of Counsel in Support of Motion for Hearing to Determine Competency, and its attached exhibit, under seal,

IT IS HEREBY ORDERED that the Declaration and exhibit shall be filed under seal.

Dated this 19th day of April, 2018.

Robert E. Jones
Senior U.S. District Court Judge

Submitted by:
/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Assistant Federal Public Defender

Page 1- ORDER GRANTING LEAVE TO FILE DECLARATION OF COUNSEL AND EXHIBIT UNDER SEAL