Ruben L. Iñiguez
Assistant Federal Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: ruben_iniguez@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00438-JO |
|---|---|
| Plaintiff, | MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR HEARING TO DETERMINE MENTAL COMPETENCY UNDER SEAL |
| v. | |
| WINSTON SHROUT, | |
| Defendant. | |

The defendant, Winston Shrout, through his attorney, Ruben L. Iñiguez, moves the Court to enter an Order granting him leave to file the Reply Memorandum in Support of Motion For Hearing To Determine Mental Competency under seal as the document contains confidential and privileged information that should not be available in the public record pursuant to Federal Rule of Civil Procedure 5.2.

RESPECTFULLY submitted this 25th day of April, 2018.

/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Attorney for Defendant

Page 1- MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR HEARING TO DETERMINE MENTAL COMPETENCY UNDER SEAL