BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**LEE F. LANGSTON**
Trial Attorney, Tax Division
Lee.F.Langston@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:15-cr-00438-JO |
| v. | **MOTION FOR LEAVE TO FILE GOVERNMENT'S NOTICE OF COMPETENCY REPORT UNDER SEAL** |
| **WINSTON SHROUT,** | |
| **Defendant.** | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Stuart A. Wexler and Lee F. Langston, Trial Attorneys, Tax Division, respectfully moves the Court to enter an Order granting the Government leave to file Government's Notice of Competency Report under seal as the pleading contains references to

documents already under seal and part of the record, as well as confidential information that should not be available in the public record pursuant to Federal Rule of Civil Procedure 5.2.

Dated: July 17, 2018                                            Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Stuart A. Wexler*
STUART A. WEXLER
LEE F. LANGSTON
Trial Attorneys, Tax Division
202-353-0036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

/s/ *Stuart A. Wexler*
STUART A. WEXLER
Trial Attorney, Tax Division