**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: ruben_iniguez@fd.org**
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WINSTON SHROUT,<br><br>　　　　　　　　Defendant. | Case No. 3:15-cr-00438-JO-1<br><br>NOTICE OF APPEAL |

Notice is hereby given that the defendant, Winston Shrout, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on October 22, 2018, by Senior U.S. District Judge Robert E. Jones [ECF 161], including, but not limited to, the conviction, sentence, pretrial motions, and bail determinations.

Respectfully submitted on October 26, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ *Ruben L. Iñiguez*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Ruben L. Iñiguez
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Page 1- NOTICE OF APPEAL