IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cr-00438-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINSTON SHROUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's emergency motion to postpone self surrender pending designation of institution [# 176]. On October 22, 2018, I sentenced defendant to serve a term of incarceration at an institution to be designated by the Bureau of Prisons. I ordered defendant to self surrender directly to the designated institution. Due to circumstances outside defendant's control, the Bureau of Prisons has not designated an appropriate. Accordingly, defendant's motion is GRANTED.

The Marshal Service will alert the court and defendant at the time the Bureau of Prisons designates an institution. The court will assign defendant's self surrender date at that time.

IT IS SO ORDERED.

DATED this 26th day of November, 2018.

Robert E. Jones
United States District Judge

1     ORDER