IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cr-00438-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINSTON SHROUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's *Motion to Continue Release Pending Appeal.* [# 179] The court denied this motion by minute order entered December 14, 2018 and modified to correct a clerical error on December 17, 2018. [# 180] I now provide additional findings and conclusions. I appreciate the exceptional effort of defense counsel in representing a most difficult client, but the court does not require additional briefing to resolve this matter.

As reflected by the jury's verdict, defendant is guilty of the charges brought against him beyond any doubt. Further, the final evaluations by two distinguished psychological professionals establish that defendant is not psychotic and is indeed competent and has been competent from the beginning of these proceedings until the present. He is a crafty, manipulative and knowledgeable individual who enjoys, not suffers from, a grandiose opinion of himself. After being cautioned, he represented himself at trial with the services of stand by counsel, and demonstrated that he

understood the charges against him and any possible defenses. In sum, this individual has been pretending to be incompetent knowing full well that he is responsible for his criminal acts.

Accordingly, defendant's *Motion to Continue Release Pending Appeal* [# 179] is DENIED.

IT IS SO ORDERED.

DATED this 17TH day of December, 2018.

                                                          Robert E. Jones
                                                          United States District Judge