IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cr-00438-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WINSTON SHROUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Jones, Judge

This matter is before the court on defendant's unopposed motion to stay orders directing him to self surrender on January 7, 2019. [# 182] Defendant's appeal of his conviction and sentence is before the Court of Appeals in CA No. 18-30228. In the Court of Appeals case, defendant filed a motion for release pending appeal. In accordance with Fed. R. App. P. 9, the court's orders [# 180 and # 181] directing defendant to surrender to FCI Sheridan on January 7, 2019 are stayed until the Court of Appeals rules on defendant's motion for release pending appeal. In the event the Court of Appeals denies defendant's motion for release pending appeal, defendant shall surrender to FCI Sheridan on the first Monday following the denial.

IT IS SO ORDERED.

DATED this 21s/ day of December, 2018.

_____
Robert E. Jones
United States District Judge

1       ORDER