CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:19−mj−08467−JZB All Defendants

Case title: USA v. Shrout  
Other court case number: 3:15−cr−00438−JO−1 District of Oregon

Date Filed: 11/01/2019  
Date Terminated: 11/05/2019

Assigned to: Magistrate Judge John Z Boyle

**Defendant (1)**

**Winston Shrout**  
78952−065  
*TERMINATED: 11/05/2019*

represented by **Kristin Marie Whitaker**  
Federal Public Defenders Office – Phoenix  
850 W Adams St., Ste. 201  
Phoenix, AZ 85007  
602−382−2700  
Fax: 602−382−2800  
Email: kristin_whitaker@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 – Pretrial Release Violation (failure to surrender for service of sentence) | |

**Plaintiff**

**USA**  represented by **Abbie Broughton Marsh**  
US Attorneys Office – Phoenix, AZ  
2 Renaissance Square  
40 N Central Ave., Ste. 1800  
Phoenix, AZ 85004−4408  
602−514−7500  
Email: Abbie.Broughton.Marsh@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2019 | 1 | Arrest (Warrant issued District of Oregon) of Winston Shrout. (CIS) (Entered: 11/01/2019) |
| 11/01/2019 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Winston Shrout held on 11/1/2019. FINANCIAL AFFIDAVIT TAKEN. Appearance entered by Kristin Marie Whitaker on behalf of defendant for all Arizona proceedings. Identity and Detention Hearings requested.<br><br>**Appearances**: AUSA Abbie Marsh for the Government, AFPD Kristin Whitaker for defendant. Defendant is present and in custody. Identity and Detention Hearings set for 11/5/2019 at 04:00 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michelle H Burns. (Recorded by COURTSMART.) Hearing held 3:40 PM to 3:45 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 11/01/2019) |
| 11/01/2019 | 3 | SEALED CJA 23 Financial Affidavit by Winston Shrout. (KGM) (Entered: 11/01/2019) |
| 11/05/2019 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Michelle H Burns: Rule 5(c)(3) Identity Hearing as to Winston Shrout held on 11/5/2019. The Court does not believe defendant is entitled to a detention hearing in this matter but will allow defense counsel to argue for release. The parties proceed as to identity only. Kathleen Neri is sworn, examined and cross−examined. Exhibits 1 and 2 are admitted. Ron Lindsey is sworn, examined and cross−examined. Exhibits 3 and 4 are admitted. Defendant is sworn, examined and cross−examined. Counsel argue to the Court. THE COURT FINDS there is probable cause to believe that this defendant is the Winston Shrout named in the warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America. Defendant shall remain detained and Warrant of Removal to be issued.<br><br>**Appearances**: AUSA Jacqueline Schesnol for Abbie Marsh for the Government, AFPD Kristin Whitaker for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:57 pm to 4:32 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MJF) (Entered: 11/07/2019) |
| 11/05/2019 | 5 | EXHIBIT LIST re: Identity Hearing by USA as to Winston Shrout. (ESG) (Entered: 11/07/2019) |
| 11/05/2019 | 6 | WITNESS LIST re: Identity Hearing by USA as to Winston Shrout. (ESG) (Entered: 11/07/2019) |
| 11/05/2019 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Winston Shrout. Defendant committed to District of Oregon (Portland). Signed by Magistrate Judge Michelle H. Burns on 11/5/2019. (MRH) (Entered: 11/08/2019) |
| 11/08/2019 | 8 | *Notice to District of Oregon (Portland) of a Rule 5 or Rule 32 Initial Appearance as to Winston Shrout. Your case number is: 3:15−CR−00438−01−JO. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e−mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* *Modified on 11/8/2019 to correct file date from 11/6/2019 to 11/8/2019. (MRH) (Entered: 11/08/2019) |

ORD PTS12C (09/06)

OOA
11-1-19

# United States District Court
## District of Oregon

**Petition for Warrant for Defendant Under Pretrial Services Supervision**

Az. no: 19-8467MJ

| Name of Defendant | Date |
|---|---|
| Winston Shrout | March 5, 2019 |
| Name of Judicial Officer | Case Number |
| The Honorable Robert E. Jones, Senior U.S. District Judge | 3:15CR00438 JO |
| Original Offense | Date Supervision Commenced |
| Fictitious Obligations (13 counts); Willful Failure to File Return (6 counts) | March 31, 2016 |
| Bond Conditions Imposed: | |
| • The defendant shall appear at all proceedings as required and shall surrender for service of sentence imposed as directed. | |

## PETITIONING THE COURT

To issue a warrant

### Nature of Noncompliance

The defendant failed to surrender for service of sentence as ordered.

### U.S. Pretrial Services Officer Recommendation:

Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a Warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2019

Christina Song
Senior U.S. Pretrial Services Officer

The Assistant U.S. Attorney has been notified and concurs with this issuance of a Warrant.

### THE COURT DIRECTS:
☑ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other: _____

_____    March 5, 2019
Robert E. Jones, Senior U.S. District Judge    Date

PS 8(9/03)

# UNITED STATES DISTRICT COURT

For

## DISTRICT OF OREGON

U.S.A vs. Winston Shrout                               Docket No. 3:15CR00438-01 JO

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Winston Shrout | | | | |
| ADDRESS | | | | |
| | | | | |

| TO BE BROUGHT BEFORE | | |
|---|---|---|
| | U.S. District Court, Portland, Oregon | |
| MARY L. MORAN | s/J Norgate | 03/05/2019 |
| CLERK | (BY) Deputy Clerk | DATE |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS

| NAME | (BY) | DATE |
|---|---|---|

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST --- CRIMINAL

☐ Motion to Suppress    ☒ Identity Hearing    ☐ Jury Trial

USA vs. Shrout, Winston    MJ-19-08467-01-PHX-JZB
Last, First, Middle Initial    Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 11.5.19 | 11.5.19 | Government's Exhibit List 15-CR-00438-JO |
| 2. | 11.5.19 | 11.5.19 | Photo |
| 3. | 11.5.19 | 11.5.19 | USMS Photo |
| 4. | 11.5.19 | 11.5.19 | INTERPOL Notice |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

FILED ___ LODGED
RECEIVED ___ COPY
NOV 5 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATE DISTRICT COURT
DISTRICT OF ARIZONA

FILED / RECEIVED
NOV 5 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# WITNESS LIST --- CRIMINAL

☐ Motion to Suppress    ☒ Identity Hearing    ☐ Jury Trial

USA vs. Shrout, Winston
Last, First, Middle Initial

MJ-19-08467-01-PHX-JZB
Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☐ DEFENDANT

|   | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Ron Lindsay – USMS | G | 11.5.2019 | 11.5.2019 |
| 2. | Kathleen Neri – IRS | G | 11.5.2019 | 11.5.2019 |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |
| 6. |  |  |  |  |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

```
☒ FILED        ☐ LODGED
☐ RECEIVED     ☐ COPY

       NOV 5 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

| | |
|---|---|
| **United States of America** | Case Number: 19-08467MJ-001-PHX-JZB |
| v. | Charging District's Case No. |
| **Winston Shrout** | 3:15-CR-00438-01-JO |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Oregon, Portland division. The defendant may need an interpreter for this language: N/A.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   November 5, 2019

_____
Michelle H. Burns
United States Magistrate Judge

RCVD NOV 05 19 09:07
US MARSHALS SERVICE AZ

AO 94 (Rev. 06/09) Commitment to Another District