Ruben L. Iñiguez
Office of the Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
ruben_iniguez@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 3:15-cr-00438-JO |
|---|---|
| Plaintiff, | MOTION FOR LEAVE TO FILE EXHIBIT TO MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT UNDER SEAL |
| v. | |
| WINSTON SHROUT, | |
| Defendant. | |

The defendant, Winston Shrout, through counsel, Ruben L. Iñiguez, respectfully moves the Court for leave to file his Exhibit A to Motion to Reduce Sentence Under The First Step Act (Compassionate Release) under seal because it contains personal and confidential information that should not be filed in the public record.

Respectfully submitted on May 29, 2020.

                                                              */s/ Ruben L. Iñiguez*
                                                              Ruben L. Iñiguez
                                                              Attorney for Defendant