BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STUART A. WEXLER**
Trial Attorney, Tax Division
Stuart.A.Wexler@usdoj.gov
**LEE F. LANGSTON**
Trial Attorney, Tax Division
Lee.F.Langston@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:15-cr-00438-JO |
| v. | **MOTION FOR LEAVE TO FILE EXHIBIT TO OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER SEAL** |
| **WINSTON SHROUT,** | |
| Defendant. | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Stuart A. Wexler and Lee F. Langston, Trial Attorneys, Tax Division, respectfully moves the Court for leave to file Exhibit A to Government's Opposition to Defendant's Motion to Reduce Sentence under seal because it contains personal and confidential information that should not be filed in the public record.

Dated: June 5, 2020                    Respectfully submitted,

                                      BILLY J. WILLIAMS
                                      United States Attorney

                                      */s/ Stuart A. Wexler*
                                      STUART A. WEXLER
                                      LEE F. LANGSTON
                                      Trial Attorneys, Tax Division
                                      202-353-0036

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

                    /s/ *Stuart A. Wexler*
                    STUART A. WEXLER
                    Trial Attorney, Tax Division